IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AXTRIA, INC., et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | No.: 20-cv-6424 |
| | : | |
| **OKS GROUP, LLC, et al.,** | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this __29TH__ day of December, 2021, upon consideration of Defendants' Brief Addressing Applicability of Hague Convention to Depositions of Non-party Indian Nationals in India (ECF No. 36) and Plaintiffs' Brief in Opposition to Application of Procedures Under the Hague Convention, and in Support of Application of the Federal Rules of Civil Procedure, to Depositions of Witnesses Located in India (ECF No. 40), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that the parties shall conduct the depositions of Aditya Wadhwa, Sougat Mishra, Diya Kapur and Raj Kamal in accordance with the Federal Rules of Civil Procedure.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge