```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Axtria, Inc., et al., | : | CIVIL ACTION |
| | : | NO. 20-6424 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| OKS Group, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **15th** day of **March, 2022**, upon consideration of Defendants' Objections to Magistrate Judge Sitarski's Memorandum and Order (ECF No. 44), Defendants' Motion for Leave to File Reply Brief (ECF No. 50), and all responses thereto, it is hereby **ORDERED** as follows:

1) Defendants' Motion to file a Reply (ECF No. 50) is **GRANTED;** and

2) Defendants' Objections (ECF No. 44) are **OVERRULED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**